# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00543-CR

**Terry Lee Rogers, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 58126, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Terry Lee Rogers seeks to appeal from a judgment of conviction for aggravated sexual assault. The trial court has certified that this is a plea bargain case, and Rogers has no right of appeal. The court has also certified that Rogers waived the right of appeal as part of the plea bargain agreement. *See* Tex. R. App. P. 25.2(a)(2), (d); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   September 22, 2006

Do Not Publish